# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2014

*The Court of Appeals hereby passes the following order:*

**A15I0070. TALBOT COUNTY, GEORGIA., et al. v. J. F. ALEXANDER et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
12CV026



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 10, 2014*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*